UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FLORENCE WILSON NZONGOLA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

Civil Action No. 09-2220 (RJL)

---

## DISMISSAL ORDER

May 31st, 2012

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss [Dkt. # 12] is **GRANTED**; and it is further

**ORDERED** that the complaint and this civil action are **DISMISSED**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge